UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL D. WARD,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>BRIAN CATES,<br><br>　　　　　Respondent. | Case No. 2:21-cv-01019-JLS-JC<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the operative First Amended Petition seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2254 ("Petition") and all of the records herein, including Petitioner's current request for an evidentiary hearing ("Petitioner's Request") (see Docket No. 48), the August 22, 2024 Report and Recommendation of United States Magistrate Judge ("Report and Recommendation"), and Petitioner's Objections to the Report and Recommendation ("Objections"). The Court has further made a de novo determination of those portions of the Report and Recommendation to which objection is made. The Court sustains

Petitioner's objection to footnote 25 of page 32 of the Report and Recommendation. (See Objections at 6 n.1; see also Docket No. 37).  Otherwise, the Objections are overruled.  Except to the extent the Objections have been sustained, the Court approves and accepts the Report and Recommendation.

IT IS HEREBY ORDERED that Petitioner's Request and the Petition are denied, the Petition and this action are dismissed with prejudice, and Judgment shall be entered accordingly.

IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the Report and Recommendation, and the Judgment herein on counsel for Petitioner and Respondent.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED:  January 14, 2025

_____
HONORABLE JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE